IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TIMOTHY R. SPRINKLE                                                            PLAINTIFF

     v.                              CIVIL NO. 2:12-02134

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                 DEFENDANT

## **O R D E R**

On June 20, 2012, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1,2. After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 20th June 2012.:

Plaintiff's motion for leave to proceed *in forma pauperis* is granted. The court directs that a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Conner Eldridge, Assistant U.S. Attorney, without prepayment of fees and costs. Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED this 20th day of June 2012.

                                           /s/ *J. Marschewski*
                               HONORABLE JAMES R. MARSCHEWSKI
                               CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)