IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TIMOTHY R. SPRINKLE                                                   PLAINTIFF

                        v.                         Civil No. 12-2134

CAROLYN W. COLVIN[1], Commissioner
Social Security Administration                                       DEFENDANT

## J U D G M E N T

        For reasons stated in a memorandum opinion of this date, we conclude that the decision of the

Commissioner denying benefits to the plaintiff is not supported by substantial evidence and should be

reversed and remanded for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).  **The**

**parties have sixty days from entry of the judgment on the docket in which to appeal.**

        If plaintiff wishes to request an award of attorney's fees and cost under the Equal Access to

Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment

becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.  *See Shalala v.*

*Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

        IT IS SO ORDERED AND ADJUDGED this 10th day of July 2013.

                                        /s/ *J. Marschewski*
                                        HON. JAMES R. MARSCHEWSKI
                                        UNITED STATES MAGISTRATE JUDGE

---

        [1]Carolyn W. Colvin became the Social Security Commissioner on February 14, 2013.  Pursuant to Rule 25(d)(1)
of the Federal Rules of Civil Procedure, Carolyn W. Colvin has been substituted for Commissioner Michael J. Astrue as the
defendant in this suit.

AO72A
(Rev. 8/82)